926 A.2d 850

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. CHRISTOPHER R. LILAND, DEFENDANT–
PETITIONER.

June 1, 2007.

ORDERED that the petition for certification is granted, limited solely to the effect of defendant's conditional guilty plea, and in respect of that issue the matter is summarily remanded to the Appellate Division for its reconsideration on the merits after having clarified the nature of the charge to which defendant pled guilty on March 23, 2004.

Jurisdiction is not retained.

926 A.2d 851

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. LAMONT VAUGHN, A/K/A LAMONT HORN, A/K/A OMAR WILLIAMS, DEFENDANT–RESPONDENT.

June 9, 2007.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. DuBois*, 189 *N.J.* 454, 916 *A.*2d 450 (2007).